10MS 121936   NOV 12 2010   PAUPER

**MAGISTRATE COURT OF FULTON COUNTY**
185 Central Ave., S. W., Suite TG700, Atlanta, GA 30303

Peter Hutzel
655 Mead St. SE #25
Atlanta, GA 30312
Plaintiff: Name, Street Address, City/State, Zip Code
Telephone Number: (770) 833-9987

DO NOT WRITE IN THIS SPACE
FILED IN OFFICE
2010 NOV 12 AM 7:58
MARK HARPER-TG100-01
CLERK/STATE COURT OF
FULTON COUNTY GEORGIA

versus

NCO Financial Systems Inc.
'o Reg. Agent CT Corp. System
1201 Peachtree St.
Atlanta, GA 30361
Defendant: Name, Street Address, City/State, Zip Code

Plaintiff's Attorney: Name/Address/Zip Code/Phone No.

## STATEMENT OF CLAIM

Type of Suit:   ☑ Account   ☐ Contract   ☐ Note   ☐ Tort   ☐ Trover   ☐ Personal Injury

1. Defendant named resides in Fulton County and is subject to the jurisdiction of this Court.
2. Defendant is indebted to Plaintiff in the sums of $ 13,060, principal, $ _____, interest, _____ attorney fees and $ _____ costs to date as follows:
(State your claim here) Please see attached letter.

3. WHEREFORE, Plaintiff demands judgment against Defendant in the amounts as alleged in paragraph 2 herein.

STATE OF GEORGIA, FULTON COUNTY:
After being duly sworn on oath, says the foregoing is a just and true statement of the amounts owing by Defendant to Plaintiff, exclusive of all setoffs and just grounds of defense.

Sworn to and subscribed before me, this _____.

_____
Deputy Clerk or Notary Public

_____
Plaintiff's Signature

## SUMMONS

**TO THE ABOVE-NAMED DEFENDANT:**
You are hereby required to file with the Clerk of said Court and to serve a copy on Plaintiff or Plaintiff's Attorney, an answer to the complaint which is herewith served on you, within thirty (30) days after service on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action.
Your answer may be filed in writing or may be given orally (in person) to the Court. If you mail in your answer it must be notarized. Upon receipt of your answer a hearing date will be set and you will be notified by mail. At said hearing, bring your witnesses, books, receipts or other writings bearing on your claim or defense. Failure to appear at the time of hearing my result in judgment being entered against you.

SERVED: _____, _____.

_____
Deputy Clerk

_____
Deputy Marshal

You may file an answer at one of these locations:
185 Central Avenue, S.W., Room TG700
North Annex: 7741 Roswell Road, Room 231
South Annex: 5600 Stonewall-Tell Road, Room 213

EXHIBIT 1

14-158-1199

This claim is being filed against NCO Financial Systems Inc. for violations of the The Fair Debt Collection Practices Act (FDCPA) regarding American Express account #372573867751006 (the first of 2 accounts), along with emotional stress, anxiety, depression and sleep deprivation caused by the following violations:

1. On numerous occasions, NCO Financial Inc. in connection with the collection of the debt called Peter Hutzel at his place of employment even after they knew that his employer prohibits the consumer from receiving such communication. This was a violation of FDCPA Section 805. (a)(3).
2. On numerous occasions, NCO Financial Inc. in connection with the collection of the debt, communicated with the Plaintiff, Peter Hutzel, after he notified the defendants in writing that the he wishes NCO Financial Systems Inc. to cease further communication with the himself, in violation of Section 805(c) of the FDCPA, 15 U.S. C. 9 I 692c(c). After the certified letter was received by the Defendant the Plaintiff was contacted via fax from NCO Financial Systems Inc. employee Daniel Bagnole on April 6, 2010, again on April 14, 2010 at 2:22PM via voice mail and the Plaintiff, Peter Hutzel, continued to receive phone calls at all hours of the day and evenings.
3. On numerous occasions, NCO Financial Inc. in connection with the collection of the debt, failed to verify the debts according to the Fair Debt Collection Practices Act, 15 USC 1692g Sec. 809 (b) that the claim was disputed and validation was requested. On April 6, 2010 a written request of debt verification letter from Peter Hutzel was received by NCO Financial Inc. Peter Hutzel sent a second letter in another attempt to reach a settlement on June 28, 2010 via certified mail and received no response as required by law. There was no response from NCO Financial Inc. even after the 30 day response time frame. Peter Hutzel also contacted NCO Financial Systems Inc. on August 20, 2010 and spoke with NCO Financial Systems Inc. employee Caroline Morel who refused to discuss or verify the debts so a settlement could be reached.
4. On numerous occasions, NCO Financial Inc. engaged in conduct to harass, oppress, and emotionally abuse the Plaintiff Peter Hutzel, The defendants violated Section 806 of the FDCPA, 15 C. g 1692d, including, but not limited to the following: causing, the Plaintiff, Peter Hutzel, telephone to ring repeatedly or continuously with the intent to annoy, abuse, or harass the Plaintiff at the called number, in violation of Section 806(5) of the FDCPA , 15 D. C. 1692d(5).
5. On numerous occasions, NCO Financial Inc. used false, deceptive, or misleading representations or means, in violation of Section 807. The Plaintiff can prove that NCO Financial Systems Inc. was using deception by using a phone system that does not appear on a phone log by having voice mail messages with dates and times stated that do not appear on his cell phone log. Also, NCO Financial Inc. threatened Peter Hutzel with statements that were not true.
6. NCO Financial Systems Inc. never reported the debt as disputed to the 3 major credit bureaus as required by FDCPA Section 807(8).

The Plaintiff, Peter Hutzel, has been able to settle the debt directly with America Express. The emotional distress caused by the harassment of NCO Financial Systems Inc. is very fresh in memory. The dealings with NCO Financial Inc. have caused the need for intense therapy, medications for sleep, severe depression and anxiety just to name a few. NCO Financial Inc. needs to follow the laws of the FDCPA and Peter Hutzel wishes this suit will hopefully give another person going through financial hardship a law abiding experience with a company who considers themselves above the law. A formal complaint with the Federal Trade Commission has also been filed and is under investigation.

# MAGISTRATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

**DO NOT WRITE IN THIS SPACE**

Peter T. Hutzel
655 Mead St. SE #25
Atlanta, GA 30312

Attorney or Plaintiff Name and Address

Peter T. Hutzel
655 Mead St. SE #25
Atlanta, GA 30312

**Name and Address of PLAINTIFF**

vs

NCO FINANCIAL SYSTEMS, INC.
c/o Registered Agent:
CT Corporation System
1201 PEACHTREE STREET, NE
ATLANTA, GA 30361

**Name and Address of DEFENDANT**

(Received Fulton County Marshal's Department 2010 NOV 24 PM 3:15)

## MARSHAL'S ENTRY OF SERVICE

**PERSONAL**
GEORGIA, FULTON COUNTY
I have this day served the defendant(s) _____ personally with a copy of the within action and summons.
This _____ day of _____.
DEPUTY MARSHAL

**NOTORIOUS**
GEORGIA, FULTON COUNTY
I have this day served the defendant(s) _____ by leaving a copy of the action and summons at his/their most notorious place of abode in said County. Delivered same in hands of _____, a _____ described as follows:
Age, about _____ years; weight, about _____ lbs; height, about _____ ft. _____ in., domiciled at the residence of the defendant(s).
This _____ day of _____.
DEPUTY MARSHAL 1327

**CORPORATION**
GEORGIA, FULTON COUNTY
Served the defendant _NCO Financial Systems Inc_, a corporation, by leaving a copy of the within action and summons with _Sgt Soop/R. Martin_ in charge of the office and place doing business of said corporation, in Fulton County, Georgia.
This _30_ day of _Nov_, 10.
DEPUTY MARSHAL

**BETTER ADDRESS**
GEORGIA, FULTON COUNTY
Diligent search made and the defendant(s):
not to be found in the jurisdiction of said Court for the following reason:
Please furnish this office with a new service form with the correct address.

**NON-EST**
This _____ day of _____.
DEPUTY MARSHAL